Shannon L. Williams
# JC-1572                              No. 1:10-cv-1870
SCI Coal Twp.
1 Kelley Drive                         District Judge Jones
Coal Twp, PA 17866-1021

November 28, 2010

Office of Clerk                        FILED
United States District Court           SCR[...]
Middle Dist.                           NOV 30 2010
PO Box 1148                            PER
Scranton PA 18501-1448

Dear Sir/Madam:

I am writing to inform and clarify for you what probably has you confused.

I sent a motion for an (Enlargement of Time to file a response in the above matter, because I didn't think that I'd be finished, but I had gotten help and was able to finish my response which has been mailed on the same date as this letter. I hope that I provided some clarity. Thank you!

Sincerely,

Shannon L. Williams

Shannon L. Williams

Name Shannon L. Williams

Number JC-1572

1 Kelley Drive

Coal Township, PA 17866-1021

INMATE MAIL
PA
DEPT OF CORRECTIONS



RECEIVED
SCRANTON

NOV 30 2010

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Office of Clerk
United States District C
Middle District
PO Box 1148
Scranton, PA 18501-1148

185013+1148